UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| **RANDOLPH, Jerome** ) <br> Plaintiff-Appellant ) <br> ) <br> v.         ) <br> ) <br> **UNITED STATES** ) <br> Defendant-Appellee ) | No. 17-1477 |

### MOTION FOR CONFIDENTIAL FILINGS GREATER THAN THE FIFTEEN WORD LIMIT

The undersigned requests that this COURT allow more than the fifteen word confidentiality limit to all filings tendered to be filed.

The undersigned request is based on the fact that a minor person was referenced. However, the undersigned reserves the right to reference all persons that were of age during the proceedings of *United States v. Lieutenant Jerome H. Randolph.*

This change apples to the confidential briefs filed before and after the date of this filing.

RESPECTFULLY SUBMITTED this 1st day of April, 2017 by

Jerome H. Randolph, PRO SE
3433 Elm Drive,
Baton Rouge, LA 70805

jerome_randolph@msn.com
(225)287-6496

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing RESPONSE TO APPELLEE'S INFORMAL BRIEF, MOTION FOR CONFIDENTIAL FILINGS GREATER THAN FIFTEEN WORD LIMIT, and MOTION FOR EXTENSION OF TIME was mailed on 1st day of April, 2017 to the following:

Alexis J. Echols
United States Department of Justice, Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
Alexis.J.Echols@usdoj.gov
Telephone: (202) 616-0463
Fax: (202) 307-0972

_____
Jerome H. Randolph, PRO SE
3433 Elm Drive
Baton Rouge, LA 70805
jerome_randolph@msn.com
(225) 287-6496

3433 ELM DR
BATON ROUGE LA 70805
UNITED STATES US

THIRD PARTY

TO US COURT OF APPEALS FOR
USCOA FOR THE FEDERAL CIRCULT
717 MADISON PL NW

WASHINGTON DC 20439
(202) 275-8000       REF:
INV:
PO:                  DEPT:

FedEx Express
E
J17411702-01ax

TRK# 7861 0336 2323
0201

MON - 03 APR 10:30A
PRIORITY OVERNIGHT

XC BZSA

20439
DC-US  IAD